```
               IN THE UNITED STATES DISTRICT COURT FOR THE
                       SOUTHERN DISTRICT OF ALABAMA
                              SOUTHERN DIVISION
```

**THOMAS RADFORD, AIS # 156846,**    :

    **Plaintiff,**                  :

**vs.**                               :   CIVIL ACTION 15-00396-WS-B

**WARDEN TERRY RABON,** *et al.*,      :

    **Defendants.**                 :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Defendants Norman and Covan be and are herby **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915A(b)(1) as the claims against them are frivolous.  It is further **ORDERED** that this action proceed against Defendants Rabon, Hoffman, and January.

    **DONE** this 30th day of June, 2016.

                                      **s/WILLIAM H. STEELE**
                                      **CHIEF UNITED STATES DISTRICT JUDGE**