IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

THOMAS RADFORD, AIS # 156846,    :

    Plaintiff,                   :

vs.                              :   CIVIL ACTION 15-00396-WS-B

WARDEN TERRY RABON, *et al.*,    :

    Defendants.                  :


<u>JUDGMENT</u>


It is **ORDERED, ADJUDGED, and DECREED** that It is **ORDERED** that Defendants Norman and Covan be and are herby **DISMISSED** with prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915A(b)(1) as the claims against them are frivolous.

**DONE** this 30th day of June, 2016.


                       **s/WILLIAM H. STEELE**
                       **CHIEF UNITED STATES DISTRICT JUDGE**