IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

THOMAS RADFORD,
    Plaintiff,

vs.                                           CIVIL ACTION 15-0396-WS-MU

TERRY RAYBON, *et al.*,
    Defendants.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendants' Terry Raybon, Michael Hoffman, and Chandra January's Motion for Summary Judgment is **GRANTED** and the claims presented by the Plaintiff Thomas Radford are **DISMISSED** with prejudice.

**DONE** this 27th day of February, 2018.

                                              **s/WILLIAM H. STEELE**
                                              **UNITED STATES DISTRICT JUDGE**