IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| THOMAS RADFORD, | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 15-0396-WS-MU |
| | : | |
| TERRY RAYBON, *et al.*, | : | |
| Defendants. | : | |
| | : | |

## **JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Thomas Radford, recover nothing and the claims made against Defendants Terry Raybon, Michael Hoffman, and Chandra January are hereby **DISMISSED** with prejudice.

**DONE** this 27th day of February, 2018.

**s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE**